ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| WATERKEEPERS CHESAPEAKE, et al., <br><br> *Petitioners*, <br><br> v. <br><br> FEDERAL ENERGY REGULATORY COMMISSION, <br><br> *Respondent*. | No. 21-1139 and 21-1186 (consolidated) |

## ERRATA TO PROOF BRIEFS OF PETITIONERS

Petitioners hereby notify the Court that, in addition to inserting citations to the Joint Appendix and correcting typographical errors, they have included the following non-typographical corrections in their final briefs:

**Opening Brief**

<u>Cover page, updated action under review:</u>

**Original**: PETITION FOR REVIEW OF ORDER OF THE FEDERAL ENERGY REGULATORY COMMISSION, 174 FERC ¶ 61,217 (MARCH 19, 2021)

**Corrected**: PETITION FOR REVIEW OF ORDERS OF THE FEDERAL ENERGY REGULATORY COMMISSION, 174 FERC ¶ 61,217 (MARCH 19, 2021), AND 176 FERC ¶ 61,029 (JULY 15, 2021)

  p.ii, added footnote:

**Original**:

**Corrected**: ² After Petitioners submitted their opening brief, Exelon Generation Company, LLC became a wholly owned subsidiary of Constellation Energy Generation and changed its name to Constellation Energy Generation, LLC. In this brief, references to "Exelon" are replaced with "Constellation."

  p.ii, updated *Amici* in This Case:

**Original**: None at present.

**Corrected**: National Wildlife Federation, Maryland Charter Boat Association and Maryland State Delegates are all *Amici Curiae* in this case.

  p.9, corrected citation:

**Original**: Waterkeepers Comments at 6-7, JA____-__ & Ex. A, JA____-__.

**Corrected**: Waterkeepers Comments at 6-7, JA0801-02 & Ex. M, JA843.

  p.19, corrected citation:

**Original**: *Compare* Rehearing Order at 13, JA____ *with* Certification at 14-15, JA____ & Att. 5, JA____.

**Corrected**: *Compare* Rehearing Order at ¶ 26, JA0157-58 *with* Certification at 14-15, JA0473-74 & Att. 5, JA0518.

p.50, updated citation:

**Original**: *See id.* at 13, JA____ (comparing alternative flow regimes in August)

**Corrected**: *See id.* at ¶ 26 JA00158 (comparing alternative flow regimes in August)

p.50, updated citation:

**Original**: EIS at 249 (explaining Exelon's alternative matched previously licensed operation)

**Corrected**: EIS at 145, JA0305 (explaining Constellation's proposed alternative matched previously licensed operation)

p.51, corrected citation:

**Original**: *Compare* Rehearing Order at ¶ 13, JA____ *with* EIS Tbl. 3-22, JA____-__.

**Corrected**: *Compare* Rehearing Order at ¶ 26, JA0157-58 *with* EIS Tbl. 3-22, JA0319-21.

p.52, corrected citation:

**Original**: *Compare* Rehearing Order at ¶ 13, JA____ *with* EIS Tbl. 3-22, JA____-__.

**Corrected**: *Compare* Rehearing Order at ¶ 26, JA0157-58 *with* EIS Tbl. 3-22, JA0319-21.

3

<u>p.53, corrected citation in footnote 11:</u>

**Original**: Rehearing Order at 13, JA____

**Corrected**: Rehearing Order at ¶ 26, JA0157-58

**<u>Reply Brief</u>**

<u>Cover page, updated action under review:</u>

**Original**: PETITION FOR REVIEW OF ORDER OF THE FEDERAL ENERGY REGULATORY COMMISSION, 174 FERC ¶ 61,217 (MARCH 19, 2021)

**Corrected**: PETITION FOR REVIEW OF ORDERS OF THE FEDERAL ENERGY REGULATORY COMMISSION, 174 FERC ¶ 61,217 (MARCH 19, 2021), AND 176 FERC ¶ 61,029 (JULY 15, 2021)

<u>p.iii, asterisks added to authorities chiefly relied upon:</u>

**Original**:   *Banks v. Booth*, 3 F.4th 445 (D.C. Cir. 2021)

*Keating v. FERC*, 927 F.2d 616 (D.C. Cir. 1991)

*Lamie v. U.S. Trustee*, 540 U.S. 526 (2004)

*Motor Vehicle Mfrs. Ass'n v. State Farm Mut. Auto. Ins. Co.*, 463 U.S. 29 (1983)

**Corrected**:   * *Banks v. Booth*, 3 F.4th 445 (D.C. Cir. 2021)

* *Keating v. FERC*, 927 F.2d 616 (D.C. Cir. 1991)

* *Lamie v. U.S. Trustee*, 540 U.S. 526 (2004)

* *Motor Vehicle Mfrs. Ass'n v. State Farm Mut. Auto. Ins. Co.*, 463 U.S. 29 (1983)

*\* Authorities chiefly relied upon are marked with an asterisk.*

<u>p.27, updated citation with Joint Appendix pages:</u>

**Original**: Resp. at 64 (citing License Order, Form L-3 Terms and Conditions, Article 15 and FEIS at H-45 to H-46).

**Corrected**: Resp. at 64 (citing License Order, Form L-3 Terms and Conditions, Article 15, JA0107, and FEIS at H-45 to H-46, JA0449-50).

As a result of all the changes, the certificate regarding word count compliance of the opening brief has been updated from 12,863 words (proof) to 12,867 words (final), and that of the reply brief has been updated from 6,453 words (proof) to 6,462 words (final).

DATED:    June 21, 2022           Respectfully submitted,

<u>/s/ James S. Pew</u>
Kathleen Riley
Earthjustice
1001 G Street, NW, Ste. 1000
Washington, DC 20001
(202) 667-4500
jpew@earthjustice.org
kriley@earthjustice.org

*Counsel for Petitioners Waterkeepers Chesapeake, Lower Susquehanna Riverkeeper Association, and ShoreRivers*

5